IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MELANIE WILLIAMS,<br>on behalf of Plaintiff<br>and the class defined in<br>the Complaint,<br><br>                 Plaintiff,<br><br>  vs.<br><br>BROCK & SCOTT, PLLC;<br>BULLHEAD INVESTMENTS, LLC,<br><br>                 Defendants. | 1:09CV722 |

## **ORDER DISMISSING CLASS ACTION WITH PREJUDICE**

This matter is before the court pursuant to the August 8, 2011 Order Approving Final Class Action Settlement ("Approval Order"). (Doc. 61.)

The Approval Order gave final approval to the class action settlement, excluded one individual from the class, awarded class members in accord with the Settlement Agreement, provided the named Plaintiff with an incentive award, and directed payment to class members. The court also found an award of attorneys' fees and costs to class counsel appropriate (Doc. 61) and awarded fees and costs by separate order ("Fee Order") (Doc. 62). The court defined "Class Members" in the Order on Plaintiff's Agreed Motion for Preliminary Approval of Class Action Settlement Agreement. (Doc. 42 at 4.)

The Approval Order stayed the case pending Defendants' report of compliance with the orders of the court:

> Defendants shall file a report of compliance with the terms of this Order by November 21, 2011. Upon demonstration of compliance with this Order, the court will enter a dismissal with prejudice on or after November 28, 2011, . . . as to all class members.

(Doc. 61 at 5.) Pursuant to the Approval Order, Defendants timely filed a Report of Settlement Compliance ("Report"). (Doc. 63.)

The court has reviewed the Report and finds that Defendants have complied in full with the directives of the Approval Order and the Fee Order.

IT IS THEREFORE ORDERED that this action be DISMISSED WITH PREJUDICE as to all class members.

/s/ Thomas D. Schroeder<br>United States District Judge

December 9, 2011